PENDERGRASS *v.* LORD *et al.*

FISH, C. J. The court did not err in admitting evidence, nor in refusing to
grant an interlocutory injunction.

*Judgment affirmed. All the Justices concur, Hines, J., specially.*

No. 2623. FEBRUARY 21, 1922.

Petition for injunction. Before Judge Fortson. Jackson supe-
rior court. April 23, 1921.

*Ray & Ray,* for plaintiff.

*A. C. Brown,* for defendants.